IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DANIEL GOODACRE,

        Plaintiff,

v.                                        No. CIV 09-387 JB/LFG

CLIENT NETWORK
SERVICES, INC.,

        Defendant.

## FINAL JUDGMENT

Having adopted the Magistrate Judge's Report and Recommendation that the Defendant's Motion for Summary Judgment be granted in an Order entered contemporaneously with this Judgment,

IT IS ORDERED that this action is dismissed with prejudice, and Judgment is entered in favor of the Defendant.

_____
UNITED STATES DISTRICT JUDGE